## Reese Wilson and Mary Wilson, Appellees, v. Mrs. Samella McBride, Appellant.

Gen. No. 45,021.

Zaleski, for appellant; Samuel L. Norris, for appellees. Opinion by JUSTICE KILEY. **Not to be published in full.** Opinion filed April 5, 1950; released for publication May 17, 1950.